235 So.2d 99

**STATE of Louisiana ex rel. Robert W. WOMACK and Jessie Lomas**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50587.**

May 25, 1970.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

235 So.2d 100

**STATE of Louisiana ex rel. William P. RYAN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50588.**

May 25, 1970.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.